UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT JOSEPH LUMPKIN,

        Plaintiff,

v.

DEPUTY SALT, *et al.*,

        Defendants.

Case No. C18-330-RSM-JPD

ORDER STRIKING PLAINTIFF'S MOTION TO COMPEL

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion to compel discovery. The Court, having considered plaintiff's motion, defendants' response thereto, and the balance of the record, hereby finds and ORDERS as follows:

(1) Plaintiff's motion to compel discovery (Dkt. 14) is STRICKEN. A review of plaintiff's submission makes clear that though he titled his document as a motion to compel discovery, the document constitutes merely a discovery request and discovery requests are not to be filed with the Court. *See* Fed. R. Civ. P. 5(d)(1). The Court notes as well that any attempt to compel discovery at this juncture is premature because plaintiff's discovery requests were

ORDER STRIKING PLAINTIFF'S
MOTION TO COMPEL - 1

apparently mailed to defendants on May 15, 2018, the same day plaintiff submitted his motion to the Court for filing, and, thus, defendants' responses to the requests are not yet due. Plaintiff is advised to familiarize himself with the discovery rules before proceeding further with this aspect of his case. Any future discovery requests which are submitted to the Court will be returned to plaintiff.

    (2)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Ricardo S. Martinez.

DATED this 6th day of June, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge