UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JOSEPH LUMPKIN, | CASE NO. C18-330RSM |
| Plaintiff, | ORDER FOLLOWING REMAND TO REMOVE LANGUAGE REGARDING STRIKE |
| v. | |
| DEPUTY SALT, et al., | |
| Defendants. | |

This matter comes before the Court on remand from the United States Court of Appeals for the Ninth Circuit. Pursuant to the Order of that Court, as set forth in its Memorandum Decision dated June 10, 2020, Dkt. #72, IT IS HEREBY ORDERED that this Court's assessment of a strike pursuant to 28 U.S.C. § 1915(g) shall be removed from the judgment. An amended judgment shall be entered accordingly.

Dated this 12th day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER FOLLOWING REMAND – 1